# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Richetta Coscia<br>         <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-15565 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1, and index same on the master mailing list.

Re: Loan # Ending In: 6131

                                          Respectfully submitted,

                                          **/s/Denise Carlon, Esquire**
                                          Denise Carlon, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322  FAX (215) 627-7734