United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15565-ref
Cynthia Richetta Coscia                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa              Page 1 of 1            Date Rcvd: Feb 23, 2017
                        Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db             +Cynthia Richetta Coscia,    46 Glen Oley Drive,    Reading, PA 19606-9624
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste. 300,    Southfield, MI 48034-8331
13772141       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13772142       +Credit Acceptance Corp,    25505 W 12 Mil Road, Ste 3000,    Southfield, MI 48034-8331
13866194       +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13829155       +HSBC Bank USA, National Association,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13772143       +HSBC Bank USA/Wells Fargo Home Mtge,    PO Box 10328,    Des Moines, IA 50306-0328
13772144       +Pawn Plus of Reading,    524 Penn Street,    Reading, PA 19602-1012
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 24 2017 01:49:16      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:39:38      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
13813183        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:39:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13776828       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13782637        E-mail/Text: appebnmailbox@sprint.com Feb 24 2017 01:49:10      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor   HSBC Bank USA, National Association
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Cynthia Richetta Coscia steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

CYNTHIA RICHETTA COSCIA
                                                          : Bankruptcy No. 16-15565REF
         Debtor(s)                                        : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: February 23, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

STEPHEN MC COY OTTO ESQ
833 N PARK ROAD
SUITE 102
WYOMISSING PA 19610-

CYNTHIA RICHETTA COSCIA
46 GLEN OLEY DRIVE
READING,PA.19606